FREDERICK HUMPHREYS, Respondent, *v.* FRANCIS W. HURTT, Appellant.

*Contract — förfeiture for breach of — when injunction granted to prevent enforcement of.*

This action was brought to procure the correction of an alleged mistake in an agreement, entered into between the parties to this action, which contained a severe forfeiture in case of a default.

Upon the application of the plaintiff an order was made permitting him, during the pendency of this action, to pay into court all sums of money coming due under the agreement, and restraining the defendant from bringing suit upon such contract or from taking any steps to enforce any forfeiture occasioned by the failure of the plaintiff to comply with the terms of the agreement. *Held,* that the order was proper.

Appeal from an order made at the Special Term continuing an injunction.

*Coles Morris* and *Michael H. Cardozo,* for the appellant.

*Ira Shafer* and *William Sutphen,* for the respondent.

Opinion by Davis, P. J.

Daniels, J., concurred.

Order affirmed, with ten dollars costs besides disbursements.